# EXHIBIT "A"

Sung H. Jang, Esq.
Attorney Id: 049542011
SJ Law
460 Sylvan Ave., Suite 102
Englewood Cliffs, New Jersey 07632
Tel: 201-394-3402
FAX: 201-903-3892
*Attorney for Plaintiffs*

| | |
|---|---|
| HONGLIANG CHEN,<br><br>                               Plaintiff,<br><br>v.<br><br>THEODORE STARKE, BAY SHIPPERS LLC, JOHN DOES (fictitious name) and ABC CORP. (fictitious name)<br><br>                               Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: UNION COUNTY<br><br>**SUMMONS**<br><br>CIVIL ACTION<br><br>Docket No.: UNN-L-89-21 |

From the State of New Jersey to the Defendant(s) Named Above,

    The plaintiff(s), named above, has (have) filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (The address of each deputy clerk of the Superior Court is provided.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $135.00 and completed Case Information Statement) if you want the court to hear your defense.

    If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

    If you cannot afford an attorney, you may call the Legal Services offices in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers is also provided.

Dated: April 1, 2021                                                /s/ Michelle M. Smith
                                                                                          Michelle M. Smith
                                                                             Clerk of the Superior Court

NOTE: The Case Information Statement is available at www.njcourts.com

Name(s) & Address(es) of Defendant(s) to be Served:

Theodore Starke, 3946 Elson Road, Brookhaven, PA 19015

Bay Shippers LLC, 4035 Jimbo Drive, Burton, MI 48529

## Directory of Superior Court Deputy Clerk's Office
## County Lawyer Referral and Legal Services Offices

**ATLANTIC COUNTY:**
Deputy Clerk of the Superior Court
Civil Division, Direct Filing
1201 Bacharach Blvd., First Fl.
Atlantic City, NJ 08401

LAWYER REFERRAL
(609) 345-3444
LEGAL SERVICES
(609) 348-4200

**BERGEN COUNTY:**
Deputy Clerk of the Superior Court
Civil Division, Room 115
Justice Center, 10 Main St.
Hackensack, NJ 07601

LAWYER REFERRAL
(201) 488-0044
LEGAL SERVICES
(201) 487-2166

**BURLINGTON COUNTY:**
Deputy Clerk of the Superior Court
Central Processing Office
Attn: Judicial Intake
First Fl., Courts Facility
49 Rancocas Rd.
Mt. Holly, NJ 08060

LAWYER REFERRAL
(609) 261-4862
LEGAL SERVICES
(800) 496-4570

**CAMDEN COUNTY:**
Deputy Clerk of the Superior Court
Civil Processing Office
Hall of Justice
1st Fl., Suite 150
101 South 5th Street
Camden, NJ 08103

LAWYER REFERRAL
(856) 964-4520
LEGAL SERVICES
(856) 964-2010

**CAPE MAY COUNTY:**
Deputy Clerk of the Superior Court
9 N. Main Street
Cape May Court House, NJ 08210

LAWYER REFERRAL
(609) 463-0313
LAWYER SERVICES
(609) 465-3001

**CUMBERLAND COUNTY:**
Deputy Clerk of the Superior Court
Civil Case Management Office
60 West Broad Street
P.O. Box 10
Bridgeton, NJ 08302

LAWYER REFERRAL
(856) 696-5550
LEGAL SERVICES
(856) 691-0494

**ESSEX COUNTY:**
Deputy Clerk of the Superior Court
Civil Customer Service
Hall of Records, Room 201
465 Dr. Martin Luther King Jr. Blvd.
Newark, NJ 07012

LAWYER REFERRAL
(973) 622-6204
LEGAL SERVICES
(973) 624-4500

**GLOUCESTER COUNTY:**
Deputy Clerk of the Superior Court
Civil Case Management Office
Attn: Intake
First Fl., Court House
1 North Broad Street
Woodbury, NJ 08096

LAWYER REFERRAL
(856) 848-4589
LEGAL SERVICES
(856) 848-5360

**HUDSON COUNTY:**
Deputy Clerk of the Superior Court
Superior Court, Civil Records Dept.
Brennan Court House – 1st Floor
583 Newark Ave.
Jersey City, NJ 07306

LAWYER REFERRAL
(201) 798-2727
LEGAL SERVICES
(201) 792-6363

**HUNTERDON COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
65 Park Avenue
Flemington, NJ 08822

LAWYER REFERRAL
(908) 735-2611
LEGAL SERVICES
(908) 782-7979

**MERCER COUNTY:**
Deputy Clerk of the Superior Court
Local Filing Office, Courthouse
175 S. Broad Street, P.O. Box 8068
Trenton, NJ 08650

LAWYER REFERRAL
(609) 585-6200
LAWYER SERVICES
(609) 695-6249

**MIDDLESEX COUNTY:**
Deputy Clerk of the Superior Court,
Middlesex Vicinage
2nd Floor – Tower
56 Paterson Street, P.O. Box 2633
New Brunswick, NJ 08903-2633

LAWYER REFERRAL
(732) 828-0053
LEGAL SERVICES
(732) 249-7600

**MONMOUTH COUNTY:**
Deputy Clerk of the Superior Court
Court House
P.O. Box 1296
Freehold, NJ 07728-1269

LAWYER REFERRAL
(732) 431-5544
LEGAL SERVICES
(732) 866-0020

**MORRIS COUNTY:**
Morris County Courthouse
Civil Division
Washington and Court Streets
P.O. Box 910
Morristown, NJ 07963-0910

LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 285-6911

**OCEAN COUNTY:**
Deputy Clerk of the Superior Court
118 Washington Street, Room 121
P.O. Box 2191
Toms River, NJ 08754-2191

LAWYER REFERRAL
(732) 240-3666
LEGAL SERVICES
(732) 341-2727

| | |
|---|---|
| **PASSAIC COUNTY:**<br>Deputy Clerk of the Superior Court<br>Civil Division<br>Court House<br>77 Hamilton Street<br>Paterson, NJ 07505 | LAWYER REFERRAL<br>(973) 278-9223<br>LEGAL SERVICES<br>(973) 523-2900 |
| **SALEM COUNTY:**<br>Deputy Clerk of the Superior Court<br>Attn: Civil Case Management Office<br>92 Market Street<br>Salem, NJ 08079 | LAWYER REFERRAL<br>(856) 935-5629<br>LEGAL SERVICES<br>(856) 451-0003 |
| **SOMERSET COUNTY:**<br>Deputy Clerk of the Superior Court<br>Civil Division<br>P.O. Box 3000<br>40 North Bridge Street<br>Somerville, NJ 08876 | LAWYER REFERRAL<br>(908) 685-2323<br>LEGAL SERVICES<br>(908) 231-0840 |
| **SUSSEX COUNTY:**<br>Deputy Clerk of the Superior Court<br>Sussex County Judicial Center<br>43-47 High Street<br>Newton, NJ 07860 | LEGAL REFERRAL<br>(973) 267-5882<br>LEGAL SERVICES<br>(973) 383-7400 |
| **UNION COUNTY:**<br>Deputy Clerk of the Superior Court<br>1st Fl., Court House<br>2 Broad Street<br>Elizabeth, NJ 07207-6073 | LAWYER REFERRAL<br>(908) 353-4715<br>LEGAL SERVICES<br>(908) 354-4340 |
| **WARREN COUNTY:**<br>Deputy Clerk of the Superior Court<br>Civil Division Office<br>Court House<br>413 Second Street<br>Belvidere, NJ 07823-1500 | LAWYER REFERRAL<br>(973) 267-5882<br>LEGAL SERVICES<br>(908) 475-2010 |

Sung H. Jang, Esq.
Attorney ID No. 049542011
SJ Law
460 Sylvan Ave., Suite 102
Englewood Cliffs, New Jersey 07632
Tel: (201) 394-3402 / Fax: (201) 903-3892

| | |
|---|---|
| HONGLIANG CHEN,<br><br>                 Plaintiff,<br><br>     v.<br><br>THEODORE STARKE, BAY SHIPPERS LLC, JOHN DOES (fictitious name) and ABC CORP. (fictitious name)<br><br>                 Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: UNION COUNTY<br><br>DOCKET NO.: UNN-L-89-21<br><br>CIVIL ACTION<br><br>COMPLAINT & JURY DEMAND |

Plaintiff, HONGLIANG CHEN, by way of Complaint against all of the above captioned Defendants states:

## PARTIES

1. Plaintiff, HONGLIANG CHEN is an individual residing at 22415 59th Ave., Apt 2, Bayside, NY 11364.

2. Defendant, THEODORE STARKE, is an individual residing at 3946 Elson Road, Brookhaven, PA 19015.

3. Defendant BAY SHIPPERS LLC is a business with its principal place of business locted at 4035 Jimbo Drive, Burton, MI 48529.

4. Defendants, JOHN DOES and ABC CORP. are fictitious parties.

## FIRST COUNT

1. On or about April 4, 2019, Plaintiff, HONGLIANG CHEN was the operator of a of a motor vehicle traveling on New Jersey Turnpike, Interchange 13, Elizabeth, New Jersey.

1

2. At said time and place, Defendant, THEODORE STARKE, was the operator of a motor vehicle that was traveling New Jersey Turnpike, Interchange 13, Elizabeth, New Jersey.

3. At all relevant times, due to the negligence of Defendant, THEODORE STARKE, the vehicle operated by Defendant, THEODORE STARKE struck the plaintiff's vehicle.

4. As a result of Defendant, THEODORE STARKE's negligence, Plaintiff, HONGLIANG CHEN was violently tossed about, suffered serious permanent personal injuries, permanent disfigurement, lost wages, medical expenses, past, present and future pain and suffering and temporary disability and permanent physical disability, and property damage.

**WHEREFORE**, Plaintiffs demand judgment against Defendant, THEODORE STARKE for compensatory damages, interest, costs of suit, and any such other and further relief as the court deems just and equitable.

## SECOND COUNT

1. Plaintiffs repeat and reallege all of the allegations of the First Count of the Complaint as if set forth at length herein.

2. At all relevant times, Defendant, THEODORE STARKE acted negligently in failing to make proper observations and otherwise breached a duty of care to Plaintiffs, by driving his motor vehicle in a negligent fashion and striking Plaintiffs' motor vehicle.

3. As a result of Defendant, THEODORE STARKE's negligence, Plaintiffs were violently tossed about, suffered serious permanent personal injuries, permanent disfigurement, lost wages, medical expenses, past present and future, pain and suffering and temporary disability and permanent physical disability, and property damage.

**WHEREFORE**, Plaintiffs demand judgment against Defendant, THEODORE STARKE for compensatory damages, interest, costs of suit and any such other and further relief as the court deems just and equitable.

### THIRD COUNT

1. Plaintiffs repeat and reallege all of the allegations of the First & Second Counts of the Complaint as if set forth at length herein.

2. At said time and place of the accident, Defendant, BAY SHIPPERS LLC, was the owner of a motor vehicle that was being operated by defendant THEODORE STARKE.

3. At the aforesaid time and place, defendant THEODORE STARKE was operating the defendant's motor vehicle with the knowledge, permission and or consent of defendant owner BAY SHIPPERS LLC.

4. At the aforesaid time and place, defendant, THEODORE STARKE, was operating the aforementioned defendant motor vehicle as an agent, servant and/or employee of defendant owner/co-owner, BAY SHIPPERS LLC, or held such other relationship of agency with said defendant owner/co-owner that said defendant owner/co-owner is vicariously liable to plaintiff.

5. At the aforesaid time and place, defendant, BAY SHIPPERS LLC was the owner of the motor vehicle with the license plate MI RB39978, and allowed Defendant THEODORE STARKE to drive said vehicle while knowing or while should have known that Defendant THEODORE STARKE was a careless and reckless driver.

6. Defendant, BAY SHIPPERS LLC is therefore liable under the legal theory of Respondeat Superior and Negligent Entrustment.

3

**WHEREFORE,** Plaintiffs demand judgment against Defendant, BAY SHIPPERS LLC for compensatory damages, interest, costs of suit, and any such other and further relief as the court deems just and equitable

## FOURTH COUNT

1. Plaintiffs repeat and reallege all of the allegations of the First, Second and Third Counts of the Complaint as if set forth at length herein.

2. At all relevant times, Defendant, THEODORE STARKE operated his vehicle in a manner that violated one or more statutes regulating the operation of a motor vehicle.

3. As a result of Defendant, THEODORE STARKE's negligence, Plaintiffs were violently tossed about, suffered serious permanent personal injuries, permanent disfigurement, lost wages, medical expenses, past present and future, pain and suffering and temporary disability and permanent physical disability, and property damage.

4. Due to such violation(s), Defendant committed an act of negligence per se on the basis of statutory violation and is liable under Negligence Per Se.

**WHEREFORE,** Plaintiffs demand judgment against Defendant, THEODORE STARKE for compensatory damages, interest, costs of suit and any such other and further relief as the court deems just and equitable.

demand judgment against Defendant, THEODORE STARKE for punitive damages.

## FIFTH COUNT

1. Plaintiffs repeat and reallege all of the allegations of the First, Second, Third & Fourth Counts of the Complaint and makes same a part thereof.

2. At all relevant times, Defendants, JOHN DOES and ABC CORP., are fictitious names for unknown persons and/or business entities and/or corporations who may be liable for the injuries to Plaintiffs.

**WHEREFORE**, Plaintiffs demand judgment against Defendants, JOHN DOES and ABC CORP., said names being fictitious, for compensatory damages, interest, costs of suit and any other and further relief as the court deems just and equitable.

Dated: January 10, 2021            BY: */s/ Sung Jang*
                                   SUNG H. JANG, ESQ.
                                   SJ LAW
                                   *Attorneys for Plaintiff*

## CERTIFICATION

I hereby certify that the matter in controversy is not the subject of any other action or arbitration proceeding, now or contemplated, that no other parties should be joined in this action.

Dated: January 10, 2021            BY: */s/ Sung Jang*
                                   SUNG H. JANG
                                   SJ LAW
                                   *Attorneys for Plaintiff*

## TRIAL COUNSEL DESIGNATIONS

Pursuant to R. 4:25-4 of the Rules Governing the Courts of the State of New Jersey, Sung H. Jang, Esq., is hereby designated as trial counsel in the above captioned matter.

Dated: January 10, 2021

BY: /s/ Sung Jang
SUNG H. JANG
SJ LAW
*Attorneys for Plaintiff*

## JURY DEMAND

Plaintiffs hereby demands a trial by jury as to all issues so triable.

Dated: January 10, 2021

BY: /s/ Sung Jang
SUNG H. JANG
SJ LAW
*Attorneys for Plaintiff*

# Civil Case Information Statement

## Case Details: UNION | Civil Part Docket# L-000089-21

**Case Caption:** CHEN HONGLIANG VS STARKE THEODORE
**Case Initiation Date:** 01/10/2021
**Attorney Name:** SUNG H JANG
**Firm Name:** SJ LAW
**Address:** 460 SYLVAN AVE STE 203 ENGLEWOOD CLIFFS NJ 07632
**Phone:** 2019033892
**Name of Party:** PLAINTIFF : Chen, Hongliang
**Name of Defendant's Primary Insurance Company (if known):** Unknown

**Case Type:** AUTO NEGLIGENCE-PERSONAL INJURY (NON-VERBAL THRESHOLD)
**Document Type:** NJ eCourts Case Initiation Confirmation
**Jury Demand:** YES - 12 JURORS
**Is this a professional malpractice case?** NO
**Related cases pending:** NO
**If yes, list docket numbers:**
**Do you anticipate adding any parties (arising out of same transaction or occurrence)?** NO

**Are sexual abuse claims alleged by: Hongliang Chen?** NO

### THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE
CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

Do parties have a current, past, or recurrent relationship? NO

If yes, is that relationship:

Does the statute governing this case provide for payment of fees by the losing party? NO

Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition:


Do you or your client need any disability accommodations? NO
    If yes, please identify the requested accommodation:


Will an interpreter be needed? NO
    If yes, for what language:


Please check off each applicable category: Putative Class Action? NO   Title 59? NO   Consumer Fraud? NO

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

01/10/2021
Dated

/s/ SUNG H JANG
Signed

```
UNION COUNTY SUPERIOR COURT
2 BROAD STREET
CIVIL DIVISION
ELIZABETH         NJ 07207
                                      TRACK ASSIGNMENT NOTICE
COURT TELEPHONE NO. (908) 787-1650
COURT HOURS  8:30 AM - 4:30 PM

                          DATE:   JANUARY 11, 2021
                          RE:     CHEN HONGLIANG   VS STARKE THEODORE
                          DOCKET: UNN L -000089 21

     THE ABOVE CASE HAS BEEN ASSIGNED TO:  TRACK 2.

     DISCOVERY IS   300 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS
FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

     THE PRETRIAL JUDGE ASSIGNED IS:  HON ALAN G. LESNEWICH

     IF YOU HAVE ANY QUESTIONS, CONTACT TEAM    001
AT:   (908) 787-1650 EXT 21493.

     IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A
 CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.
     PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDANCE
WITH  R.4:5A-2.
                          ATTENTION:
                                      ATT: SUNG H. JANG
                                      SJ LAW
                                      460 SYLVAN AVE
                                      STE 203
                                      ENGLEWOOD CLIFFS NJ 07632


ECOURTS
```